UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN DOYLE,<br><br>                      Plaintiff,<br><br>-against-<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, ITS CURRENT AND/FORMER EMPLOYEES, AS WELL AS INDIVIDUALS USING TECHNOLOGY DEVELOPED AT THIS INSTITUTE, INCLUDING BUT NOT LIMITED TO DINA KATABI; ERAN BEN JOSEPH; PHILLIP CLAY; J. PHILLIP THOMPSON; AND JAMES BUCKLEY,<br><br>                      Defendants. | 20-CV-7997 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 29, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 29, 2020
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge